**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00121-CR

**TINA MARIE ALBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-59105-W**

## ORDER

The Court **ORDERS** court reporter Darline King LaBar to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 6 and 7, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Darline King LaBar, official court reporter, 363rd Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE